# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAKEVIEW CHEESE COMPANY,
                Appellant,

vs.

ROBERT VANWETTERING
(DECEASED),
                Respondent.

No. 69871

FILED

AUG 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____ C.J.

cc:    Hon. Kerry Louise Earley, District Judge
        Kathleen England, Settlement Judge
        Law Offices of David Benavidez
        Benson, Bertoldo, Baker & Carter, Chtd.
        Eighth District Court Clerk

---

[1]Appellant's motion for stay pending appeal, filed on June 13, 2016, is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

16-26483